PLASTIC REEL CORPORATION OF AMERICA v. GOTHAM
INDUSTRIAL PARK, INC.

Jan. 3, 1980. Petition for certification is dismissed as having
been improvidently granted.

URBAN LEAGUE OF GREATER NEW BRUNSWICK v. THE MAY-
OR AND COUNCIL OF THE BOROUGH OF CARTERET.

Jan. 7, 1980. Petition for certification granted. (See 170
N.J.Super. 461)

JOSEPH CAPUTO v. TOWNSHIP OF CHESTER.

Jan. 7, 1980. Petition for certification to Superior Court, Law
Division granted.

GLENVIEW DEVELOPMENT COMPANY v.
FRANKLIN TOWNSHIP.

Jan. 7, 1980. Petition for certification to Superior Court, Law
Division granted.

STATE OF NEW JERSEY v. JOHN MAGUIRE.

Jan. 7, 1980. Petition for certification to Superior Court,
Resentencing Panel—Essex County granted.